■ In the Matter of MICHAEL MANSEUR, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator which denied a protest to an order of the Local Rent Administrator granting a certificate of eviction, the appeal is from an order denying the petition and dismissing the proceeding. The certificate was granted on the ground that the landlord in good faith established an immediate and compelling necessity for the use of an apartment for himself and his family. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ ETHEL KRAUS, Respondent, v. IDA BOUGES, Appellant.— Appeal, by permission of this court, from an order of the Appellate Term which affirmed an order of the Municipal Court of the City of New York, Borough of Brooklyn, Second District, denying appellant's motion to set aside a final order of that court and for a new trial. The order sought to be vacated and set aside determined a summary proceeding to recover possession of an apartment in a multiple dwelling. Respondent instituted the summary proceeding on the grounds that appellant, the tenant therein, had violated her agreement to keep the apartment painted and in repair, and had refused to allow respondent to enter and make necessary repairs. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ EVELYN E. LITWIN, Respondent, v. IRVING RICH, Appellant.— In an action to recover damages for personal injuries, the appeal, as limited by appellant's brief, is from an order denying his motion, made after the jury had disagreed and had been discharged, to dismiss the complaint and for a directed verdict (Civ. Prac. Act, § 457-a). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ DEAN MARTIN, Appellant, v. HELEN GOMES et al., Respondents.— In an action to recover damages for personal injuries, the appeal is from an order granting a motion to vacate and set aside an order of inquest and to permit the service of an answer. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ VINCENT J. MORRONE, Respondent, v. FAIRPLAY TRUCKING COMPANY et al., Appellants.— In an action to recover damages for injuries to person and property, the appeal is from an order setting aside a verdict in favor of appellants as against the overwhelming weight of the evidence and granting a new trial. Order affirmed, with costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to reverse the order and to reinstate the verdict.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME P. JEROME, Appellant.— Appeal from an order of the County Court, Nassau County, denying an application in the nature of a writ of error *coram nobis* to vacate and set aside a judgment of conviction rendered March 26, 1954 on appellant's plea of guilty to forgery in the second degree. Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.